B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14−01814**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony N. Pritchett Sr.<br>1010 S. 10th Ave.<br>Maywood, IL 60153 | Helen M. Pritchett<br>fka Helen Evans, fka Helen Taylor<br>1010 S. 10th Ave.<br>Maywood, IL 60153 |

Social Security / Individual Taxpayer ID No.:
   xxx−xx−9312                                           xxx−xx−5749

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                    FOR THE COURT

Dated: May 1, 2014                  Jeffrey P. Allsteadt, Clerk
                                    United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Anthony N. Pritchett, Sr.  
Helen M. Pritchett  
    Debtors

Case No. 14-01814-JPC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: mrahmoun     Page 1 of 2     Date Rcvd: May 01, 2014  
                         Form ID: b18        Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2014.

```
db/jdb       +Anthony N. Pritchett, Sr.,    Helen M. Pritchett,    1010 S. 10th Ave.,    Maywood, IL 60153-1927
21439287     +ARS, Inc.,    14707 E 2nd Ave,    Aurora, CO 80011-8914
21439297     +Med Business Bureau,    Po Box 1219,    Park Ridge, IL 60068-7219
21439299     +Medical Business Bureau,    1175 Deven Drive, Suite 173,    Morton Shores, MI 49441-6079
21439298     +Medical Business Bureau,    1460 Renaissance D Suite 400,    Park Ridge, IL 60068-1349
21439301     +Navy Federal Credit Union,    PO Box 3700,    Merrifield, VA 22119-3700
21439302     +Peoples Gas,    130 E. Randolph Street,    Chicago, IL 60601-6302
21439305     +Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
21439304      Select Portfolio Servicing,    3815 SW Temple,    Salt Lake City, UT 84165
21439306     +Sst/columbus Bank&trus,    Attn:Bankruptcy,    Po Box 3997,    St. Joseph, MO 64503-0997
21439307     +Westgate Resorts,    2801 Old Winter Road,    Ocoee, FL 34761-2965
21439308     +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr            +EDI: QPDLEVEY.COM May 02 2014 00:58:00     Phillip D Levey, ESQ,    2722 North Racine Avenue,
                Chicago, IL 60614-1206
21439288      EDI: BANKAMER.COM May 02 2014 00:58:00     Bank of America,    P.O. Box 982236,
                El Paso, TX 79998
21439289     +EDI: TSYS2.COM May 02 2014 00:58:00     Barclays Bank Delaware,    Attn: Bankruptcy,
                P.O. Box 8801,   Wilmington, DE 19899-8801
21439292      EDI: CITICORP.COM May 02 2014 00:58:00     Citicorp Credit Services *,
                ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,    Kansas City, MO 64195
21439290     +EDI: CAPITALONE.COM May 02 2014 00:58:00     Capital 1 Bank,    Attn: Bankruptcy Dept.,
                Po Box 30285,   Salt Lake City, UT 84130-0285
21439291     +EDI: CHASE.COM May 02 2014 00:58:00     Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
21439293     +EDI: WFNNB.COM May 02 2014 00:58:00     Comenity Bank/The Sports Authority (TSA),
                Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
21439294     +EDI: DISCOVER.COM May 02 2014 00:58:00     Discover Fin Svcs Llc,    Po Box 15316,
                Wilmington, DE 19850-5316
21439295      E-mail/Text: bk@gafco.net May 02 2014 01:25:05     Great American Finance,    Attn: Bankruptcy,
                20 N Wacker Dr. Suite 2275,   Chicago, IL 60606-1294
21439296      EDI: IRS.COM May 02 2014 00:58:00     Internal Revenue Service,    Po Box 7346,
                Philadelphia, PA 19101-7346
21439300     +EDI: NFCU.COM May 02 2014 00:58:00     Navy FCU,    Attention: Bankruptcy,    Po Box 3000,
                Merrifield, VA 22119-3000
21439303     +EDI: RMSC.COM May 02 2014 00:58:00     Sams Club / GEMB,    Attention: Bankruptcy Department,
                Po Box 103104,   Roswell, GA 30076-9104
                                                                                               TOTAL: 12
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2014                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2014 at the address(es) listed below:

```
          Casey B Hicks    on behalf of Plaintiff    Discover Bank chicks@weltman.com, ecfnil@weltman.com
          Nathan C Volheim    on behalf of Joint Debtor Helen M. Pritchett courtinfo@sulaimanlaw.com,
           nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
           ;sulaiman.igotnotices@gmail.com
          Nathan C Volheim    on behalf of Debtor Anthony N. Pritchett, Sr. courtinfo@sulaimanlaw.com,
           nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
           ;sulaiman.igotnotices@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Phillip D Levey, ESQ    levey47@hotmail.com, plevey@ecf.epiqsystems.com
```

```
District/off: 0752-1          User: mrahmoun              Page 2 of 2                  Date Rcvd: May 01, 2014
                              Form ID: b18                Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Toni  Dillon   on behalf of Creditor   Select Portfolio Servicing/U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE5, Asset-Backed Cert tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

                                                                                                                                                                                          TOTAL: 6